IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| DARCEY AUBIN | ) Civil Action No. 3:11-cv-1160 |
| Plaintiff | ) GTS/DEP |
| vs. | ) |
| ROBERT JAMES AND ASSOCIATES ASSET MANAGEMENT INC. | |
| Defendant | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Darcey Aubin, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above without prejudice. No party to this action is a minor or incapacitated person.

BY: /s/  Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
bkw@w-vlaw.com
Warren & Vullings, LLP
93 Old York Road, Ste. 333
Jenkintown, PA 19046
215-745-9800